BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM**
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
(702) 776-3333
Email: brad@the702firm.com
*Attorneys for Plaintiffs*
BERNADETTE BORELLO and
RICHARD BORELLO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE BORELLO and RICHARD BORELLO, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, individually; NEVADA PROPERTY 1 LLC dba THE COSMOPOLITAN OF LAS VEGAS aka COSMOPOLITAN RESORT AND CASINO; DOES 1 through 20; DOE EMPLOYEES 1 through 20; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants | CASE NO.   2:14-cv-01046-MMD-VCF<br><br><br>**SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD HEREIN:

Please take notice that Plaintiffs BERNADETTE BORELLO and RICHARD BORELLO, hereby substitute BRADLEY J. MYERS, ESQ. of THE702FIRM, 400 South 7th Street, Suite 400, Box 10, Las Vegas, Nevada 89101; (702) 776-3333; FAX (702) 505-9787, as their attorney of record in place and stead of ROBERT T. EGLET, ESQ. of the EGLET LAW GROUP.

///

///

DATED this 27 day of September, 2014.

_____
BERNADETTE BORELLO

DATED this 27 day of September, 2014.

_____
RICHARD BORELLO

The above substitution accepted by:

THE702FIRM

DATED this 3rd day of October, 2014. (September struck through)

_____
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
400 South Seventh Street, Suite 400, Box 10
Las Vegas, NV 89101

The above substitution approved by:

EGLET LAW GROUP

DATED this 29 day of September, 2014.

_____
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
400 South Seventh Street, Suite 400
Las Vegas, NV 89101

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-10-2014