**RESNICK & LOUIS, P.C.**
Gary W. Call, Esq., SBN: 6922
Cristi K. Barker, Esq., SBN: 7593
Gcall@rlattorneys.com
Cbarker@rlattorneys.com
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant*
*Nevada Property 1, LLC individually and d/b/a The Cosmopolitan of Las Vegas a/k/a Cosmopolitan Resort and Casino*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BERNADETTE BORELLO and RICHARD BORELLO, Husband and Wife,

Plaintiffs,

v.

NEVADA PROPERTY 1, LLC, individually; NEVADA PROPERTY 1 LLC dba THE COSMOPOLITAN OF LAS VEGAS aka COSMOPOLITAN RESORT AND CASINO; DOES 1 through 20, DOE EMPLOYEES 1 through 20; and ROE CORPORATINS 1 through 20, inclusive,

Defendants.

CASE NO.: 2:14-cv-01046-RFB-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiffs BERNADETTE BORELLO and RICHARD BORELLO by and through their counsel of record, BRADLEY J. MYERS, ESQ., of THE702FIRM, and Defendant NEVADA PROPERTY 1, LLC, dba THE

COSMOPOLITAN OF LAS VEGAS by and through its counsel of record, GARY W. CALL, ESQ. and CRISTI K. BARKER, ESQ. of RESNICK & LOUIS, P.C., that the above-entitled action has been resolved and shall be dismissed with prejudice.

As part of their settlement, PLAINTIFFS and THE COSMOPOLITAN have also agreed and stipulated to the dismissal with prejudice of SKINS 62, LLC and DOLOV SHLOMOVITZ.

Each party to bear their own attorney's fees and costs.

DATED this 8th day of ~~September~~ OCTOBER, 2015.

**RESNICK & LOUIS, P.C.**

Gary W. Call, Esq.
Nevada State Bar No. 6922
Cristi K. Barker, Esq.
Nevada State Bar No. 7593
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Attorneys for Defendant
NEVADA PROPERTY 1, LLC, dba
THE COSMOPOLITAN OF LAS VEGAS

DATED this 6 day of ~~September~~ october, 2015.

**THE702 FIRM**

Bradley J. Myers, Esq.
Nevada State Bar No. 8857
400 S. Seventh Street, 4th Floor
Las Vegas, NV 89101
Attorney for Plaintiffs
BERNADETTE BORELLO and
RICHARD BORELLO

**ORDER**

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that SKINS 62, LLC and DOLOV SHLOMOVITZ are dismissed with prejudice.

DATED this 9th day of November 2015.

RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

**RESNICK & LOUIS, P.C.**

By: ______________________
Gary W. Call, Esq.
Cristi K. Barker, Esq.
*Attorneys for Defendant Nevada Property 1, LLC d/b/a The Cosmopolitan of Las Vegas*

## CERTIFICATE OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 5940 S. Rainbow Blvd., Las Vegas, NV 89118. I certify that on the 4th day of November, 2015, I served a copy of the within **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by:

[X] U.S. Mail to the addresses set forth below.

[ ] CM/ECF Filing with the United States District Court, District of Nevada. A copy of the Court's notification of e-filing is attached to the hard copy for faxing, mailing, overnight delivery, and/or hand-deliver.

[ ] Facsimile Transmission The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached to the hard copy. The names and facsimile numbers of the person(s) served are as set forth below.

[ ] Overnight delivery by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

[] Personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

## SERVICE LIST

Bradley J. Myers, Esq.
THE702LAWFIRM
400 S. 7th Street, Ste. 400, Box10
Las Vegas, NV 89101
Telephone: (702) 776-3333
Facsimile: (702) 505-9787 (fax)
*Attorneys for Plaintiffs*

An Employee of Resnick & Louis, P.C.